UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZAYRA SHECCID GUERENA JORDAN,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER EAST FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-06795-HDV-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is granted;

3. Petitioner Zayra Sheccid Guerena Jordan (A# 242-895-630) is to be released from custody immediately on Petitioner's prior conditions of release;

4. Respondents shall immediately return any confiscated property and documents to Petitioner upon release;

5. Respondents must file a notice of compliance within 72 hours of entry of Judgment;

6. Judgment shall be entered granting the Petition;

7. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

It is hereby ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

DATED: 11|24|26

Honorable Hernán D. Vera
United States District Judge