UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA JS-6

ZAYRA SHECCID GUERENA JORDAN (A# 242-895-630),

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER EAST FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-06795-HDV-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

DATED: 11/24/26

Honorable Hernán D. Vera
United States District Judge